FILED

12 OCT -2 PM 12:06

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN DYE,<br><br>                                Plaintiff,<br>vs.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>                              Defendant. | CASE NO. 12-CV-2362 BEN (RBB)<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AND REFERRING MATTER TO MAGISTRATE JUDGE**<br><br>[Docket No. 2] |

On September 27, 2012, Plaintiff Lauren Dye filed a Complaint against Defendant Commissioner of Social Security Michael J. Astrue, challenging Defendant's denial of Plaintiff's claim for Disability Insurance and Supplemental Security Income benefits. (Docket No. 1.) Plaintiff also filed a motion ("Motion") to proceed *in forma pauperis* ("IFP"). (Docket No. 2.)

Under 28 U.S.C. § 1915,

> any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding . . . without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such [person] possesses that the person is unable to pay such fees or give security therefor.

28 U.S.C. § 1915(a)(1). Plaintiff states she is not currently employed. (Mot. at 2.) Plaintiff's bank account balance is only $30 and her only significant asset is a 2007 Ford Explorer. (*Id.*) Under these circumstances, the Court **GRANTS** Plaintiff's Motion to Proceed IFP. *See* 28 U.S.C. § 1915(a)(1).

     The Court further orders the Clerk to issue the summons and provide Plaintiff with an "IFP Package," consisting of (1) this Order, (2) a certified copy of the Complaint, (3) the summons, and (4) a blank USM Form 285.  Plaintiff shall complete the Form 285 and forward it to the U.S. Marshal.  The U.S. Marshal shall serve a copy of the Complaint and summons upon Defendant, as directed by Plaintiff on Form 285.  *See* 28 U.S.C. § 1915(d).  All costs of service shall be advanced by the United States.  Plaintiff shall serve upon Defendant or, if appearance has been entered by counsel, upon Defendant's counsel, a copy of every further pleading or other document submitted for consideration of the Court.  Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the manner in which a true and correct copy of any document was served on the defendants or counsel of defendants and the date of service.  Any paper received by a district judge or magistrate judge which has not been filed with the Clerk or which fails to include a Certificate of Service will be disregarded.

     In addition, all matters arising in this Social Security appeal are hereby referred to the Honorable Ruben Brooks, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1) and Civil Local Rule 72.1.c.

**IT IS SO ORDERED.**

DATED: October __, 2012

HON. ROGER T. BENITEZ
United States District Judge